UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory Thompson, | Court File No. 11-CV-1159 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Scott Lowery Law Office, P.C., | |
| Defendant. | |

_____

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this   3rd   date of   November  , 2011.

By the Court

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of the United States District Court